UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jimmie L. Washington,

   Plaintiff

  v.

Ohio Adult Parole Authority, *et al.*,

   Defendants

Case No. 3:18-cv-1951

MEMORANDUM OPINION
AND ORDER

*Pro se* plaintiff Jimmie L. Washington, a prisoner in the Toledo Correctional Institution, filed this civil rights action on August 24, 2018, against the Ohio Adult Parole Authority, its Fugitive Coordinator Chris Gerren, and the United States Prisoner Transport Services. (Doc. No. 1.) He seeks damages and other relief based on allegations that he was illegally arrested in Arizona and transported across state lines pursuant to an invalid fugitive warrant.

Under 28 U.S.C. § 1915A, I must dismiss any civil action in which a prisoner "seeks redress from a governmental entity or officer or employee of a governmental entity" if it is frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief.

I must dismiss this action under § 1915A.

The plaintiff has already challenged the fugitive warrant pursuant to which he was arrested in Arizona and transported across state lines in a prior case he filed. Judge Gwin dismissed the plaintiff's claims pursuant to 28 U.S.C. § 1915(e)(2)(B) on October 3, 2018. *Washington v. Chris Gerren, et al.*, No. 1: 18 CV 1347, 2018 WL 4773552 (N.D. Ohio Oct. 3, 2018). The dismissal of the

plaintiff's earlier case bars him from asserting his claims in this duplicative action. *See Taylor v. Reynolds*, 22 F. Appx. 537, 539, 2001 WL 1450693, at *2 (6th Cir. Nov. 8, 2001) (dismissal of claims under § 1915(e)(2)(B) creates a *res judicata* bar precluding prisoner from asserting duplicative claims in a subsequent case).

Accordingly, this action is dismissed pursuant 28 U.S.C. § 1915A. I further certify, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge